# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEP'T OF CORR. &<br>REHAB., et al.,<br>　　　　Respondents. | NO. ED CV 12-2045 SJO (FMO)<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 4, 2012.

*/s/ S. James Otero*

　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　UNITED STATES DISTRICT JUDGE